UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LORRAINE GHEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART STORES EAST LP, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 4:21-CV-39-BO** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion to dismiss [DE 8] is GRANTED; defendant's motion to strike [DE 8] is DENIED but the clerk shall restrict access to plaintiffs complaint and its attachments in accordance with the foregoing; plaintiffs motion for extension of time [DE 12] is GRANTED, and plaintiffs motion for leave to file an amended complaint [DE 16] is DENIED.

**This Judgment Filed and Entered on October 7, 2021, and Copies To:**

Lorraine Ghee                                                                           (via CM/ECF electronic notification)

Julie Kerr Adams                                                                      (via CM/ECF electronic notification)

DATE:                                                                                         PETER A. MOORE, JR., CLERK

October 7, 2021                                                                      (By) /s/ Nicole Sellers
                                                                                                        Deputy Clerk